JS-6

1  HUNTON & WILLIAMS LLP
   MARIJA T. MARINO (State Bar No. 189059)
2  E. CLIFF MARTIN (State Bar No. 227367)
   550 South Hope Street, Suite 2000
3  Los Angeles, California 90071-2627
   Telephone:  213 • 532 • 2000
4  Facsimile:  213 • 532 • 2020
   E-mail:  martinec@hunton.com
5
   Attorneys for Defendants,
6  ACCOR NORTH AMERICA, INC., and
   MOTEL 6 OPERATING LP, erroneously
7  named as MOTEL 6 COOPERATING LP
8
   THE CLAYPOOL LAW FIRM, A PROF. CORP.
9  BRIAN E. CLAYPOOL (State Bar No. 134674)
   The US Bank Tower
10 633 West Fifth Street, Suite 5880
   Los Angeles, California  90071
11 Telephone : 213-488-2042
   Facsimile : 213-489-4798
12 Email : becesq@aol.com

13 Attorney for Plaintiff,
   KATHY RANSOM
14

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY RANSOM | CASE NO.:  CV 07-5769 GAF (SHx) |
| Plaintiff, | **ORDER RE STIPULATION OF DISMISSAL** |
| vs. | |
| ACCOR NORTH AMERICA, INC., a Delaware Corporation, MOTEL 6 Cooperating LP AND DOES 1 through 50, Inclusive. | Complaint Filed:  July 30, 2007<br>Date Removed:    September 5, 2007<br><br>Hon. Judge Gary A. Feess |
| Defendants. | |

1 | Pursuant to the Stipulation of Dismissal submitted by Defendants, ACCOR NORTH AMERICA, INC., and MOTEL 6 OPERATING LP, erroneously named as MOTEL 6 COOPERATING LP, and Plaintiff, Kathy Ransom, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: October 2, 2008

_____
Honorable Gary A. Feess
United States District Judge

1